## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE BANK & TRUST CO., d/b/a
PATRIOT CAPITAL

        *Plaintiff,*

v.

PHILLY WHOLESALE, LLLC
SAURABH KAMRA
MALWA INVESTORS GROUP, INC.
HARPINDER SINGH

        *Defendants.*

CIVIL ACTION
No. 16-05508

## ORDER

**AND NOW**, this 2nd day of August, 2017, upon consideration of Plaintiff State Bank & Trust Co. d/b/a Patriot Capital's Motion for Default Judgment against Defendants Philly Wholesale and Saurabh Kamra, (ECF No. 5), it is hereby **ORDERED** that:

1. Plaintiff's Motion, (ECF No. 5), is **GRANTED**;

2. Judgment is **ENTERED** against Philly Wholesale on count one and against Saurabh Kamra on count three in favor of State Bank & Trust Co. d/b/a Patriot Capital, and Philly Wholesale and Saurabh Kamra are jointly and severally liable for a sum of $115,523.48, composed of $103,844.38 in damages and $11,679.10 in attorneys' fees and costs.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.