IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE BANK & TRUST CO., d/b/a PATRIOT CAPITAL<br><br>   *Plaintiff,*<br><br>v.<br><br>PHILLY WHOLESALE, LLC<br>SAURABH KAMRA<br>MALWA INVESTORS GROUP, INC.<br>HARPINDER SINGH<br><br>   *Defendants.* | CIVIL ACTION<br>No. 16-05508 |

## ORDER

**AND NOW**, this 22nd day of September, 2017, upon consideration of Defendants' Motion to Open/Strike Judgment by Default (ECF No. 16), Plaintiff State Bank & Trust Co. d/b/a Patriot Capital's response (ECF No. 17), and Plaintiff's Motion for Default Judgment against Defendants Malwa Investors and Harpinder Singh, (ECF No. 6), it is hereby **ORDERED** that:

1. Defendants' Motion, (ECF No. 16) is **DENIED**;

2. Plaintiff's Motion, (ECF No. 6), is **GRANTED**;

3. Judgment is **ENTERED** against Malwa Investors on count two and Harpinder Singh on count four in favor of State Bank & Trust Co., and Malwa Investors and Harpinder Singh are jointly and severally liable for a sum of $69,679.92 composed of $63,322.62 in damages and $6,357.27 in attorneys' fees and costs.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.